IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                                                                             Case No. 1:15-CR-10018-001

MELINDA GWIN,
    Defendant
and

FIRST NATIONAL BANK OF CROSSETT,
    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. ECF No. 28. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on October 12, 2016, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant, and garnishee was indebted to defendant in the sum of $57,017.49. ECF No. 32. Defendant has been notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee, First National Bank of Crossett, deliver the check in the amount of $57,017.49 currently in its possession, plus any accrued interest or other deposits due to plaintiff to the U.S. District Court Clerk, 30 South 6th Street, Room 1038, Fort Smith, AR 72901. The U.S. District Court Clerk is directed to deposit the check and apply the proceeds to the restitution owed in the above-mentioned case.

**IT IS SO ORDERED**, this 30th day of December, 2016.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         United States District Judge